District Judge Ronald B. Leighton
Magistrate Judge Karen L. Strombom

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Petitioner,<br><br>        v.<br><br>ERIC V. RUBENS,<br><br>                 Respondent. | No. 09-MC-5028-RBL-KLS<br><br>ORDER OF ENFORCEMENT OF SUMMONS |

WHEREAS, the Court having issued an Order of Reference and Directing the respondent to Show Cause why the Internal Revenue Service summons served in this case should not be enforced, and the respondent having been served with such Order, and

WHEREAS, no cause having been shown as to why the respondent should not be compelled to testify and produce the records demanded in the Internal Revenue Service summons served on the respondent on July 9, 2009.

WHEREFORE, IT IS ORDERED that the respondent shall appear before investigating Revenue Officer David James, or any other proper agent, officer, or employee of the Internal Revenue Service, not later than twenty (20) workdays following the entry of this Order to testify and produce records as demanded in such summons.

ORDER OF ENFORCEMENT OF SUMMONS - 1
(09-MC-5028-RBL-KLS)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  IT IS FURTHER ORDERED that if the respondent fails to comply with
this Order, the respondent can be held in contempt of Court and be subject to
imprisonment, fine or both.

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this
ORDER by certified mail to the respondent, ERIC V. RUBENS, 232 Meadow Ridge
Lane, Port Angeles, WA 98362, to the United States Attorney, and to the United States
Magistrate Judge to whom this matter is assigned.

DATED this 9th day of February, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

RECOMMENDED for entry this 8th
day of February, 2010.


s/Karen L. Strombom
KAREN L. STROMBOM
UNITED STATES MAGISTRATE JUDGE

Presented by:


 /s/ J. Michael Diaz
J. MICHAEL DIAZ, WSBA # 38100
Assistant United States Attorney

ORDER OF ENFORCEMENT OF SUMMONS - 2
(09-MC-5028-RBL-KLS)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970