District Judge Ronald B. Leighton
Magistrate Judge Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Petitioner,<br><br>   v.<br><br>ERIC V. RUBENS,<br><br>       Respondent. | No. 09-MC-5028-RSM-KLS<br><br>ORDER GRANTING UNITED STATES' WITHDRAWAL OF PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS |

THIS MATTER, having come before the Court upon the United States' Withdrawal of Petition to Enforce Internal Revenue Service Summons; the United States of America, being represented by its counsel, Jenny A. Durkan, United States Attorney for the Western District of Washington, and J. Michael Diaz, Assistant United States Attorney; it is hereby

---

[PROPOSED] ORDER GRANTING UNITED STATES'
WITHDRAWAL OF PETITION TO ENFORCE INTERNAL
REVENUE SERVICE SUMMONS - 1
[09-MC-5028-RBL-KLS]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1     ORDERED that the United States' Withdrawal of Petition to Enforce Internal
2 Revenue Service Summons is GRANTED.  The above-captioned case is hereby
3 DISMISSED.

5     DATED this 6th day of July, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for entry
this   6th    day of    July    , 2010.

s/Karen L. Strombom
KAREN L. STROMBOM
United States Magistrate Judge

Presented by:

/s/ J. Michael Diaz
J. Michael Diaz, WSBA# 38100
Assistant United States Attorney

[PROPOSED] ORDER GRANTING UNITED STATES'
WITHDRAWAL OF PETITION TO ENFORCE INTERNAL
REVENUE SERVICE SUMMONS - 2
[09-MC-5028-RBL-KLS]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970